**Order entered December 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01330-CV

### IN THE INTEREST OF J.A.H AND J.A.H, CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-13133-R**

## ORDER

We **GRANT** appellant's December 7, 2015 unopposed motion for an extension of time to

file a reply brief.  Appellant shall file a reply brief by **JANUARY 7, 2015**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE